**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| SHANNON RAY, ADC #149596; and JOSEPH WALLACE | PLAINTIFFS |
| v.      No. 4:11CV00350 JLH/JTR | |
| MEL STEED, Captain, Garland County Detention Center; and LARRY SANDERS, Garland County Sheriff | DEFENDANTS |

**TRANSFER ORDER**

Plaintiff, Shannon Ray, is a convicted prisoner being held in the Garland County Detention Facility ("GCDF"). Plaintiff, Joseph Wallace, is not in custody. Together, they have filed a *pro se* § 1983 Complaint alleging that Defendants Captain Mel Steed and Garland Sheriff Larry Sanders subjected them to a variety of inhumane and unconstitutional conditions of confinement at the GCDF. *See* docket entry #2.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). Both of the Defendants reside in Garland County. Similarly, the events giving rise to Plaintiffs' claims occurred in Garland County.

Garland County is located in the Hot Springs Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is hereby IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Hot Springs Division.

DATED this 27th day of April, 2011.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE